**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 2, 2020

By ECF/Email

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> 4-2-2020
> Sentencing is adjourned to June 23, 2020, at 11 AM. SO ORDERED.
>
> /s/ Paul A. Crotty

Re: <u>United States v. Donald Smith</u>, 20 Cr. 26 (PAC)

Honorable Judge Crotty:

I was recently assigned within our office to represent Donald Smith, as his previous attorney, Phil Weinstein, is retiring tomorrow with our best wishes.

Because I am new to Mr. Smith's case, I require additional time to prepare for his sentencing. Without objection from the government, I respectfully request that the Court adjourn his sentencing for sixty days from the original date, or until a date in mid-June 2020.

Respectfully submitted,

/s/
Annalisa Mirón, Esq.
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8780

cc: AUSA Samuel Rothschild