# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 3, 2020

6-4-20
Bail is modified to allow
travel between the Southern
District of New York and
the Western District of
Virginia. SO ORDERED.

*Paul A Crotty*

By ECF/Email

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     United States v. Donald Smith, 20 Cr. 26 (PAC)

Honorable Judge Crotty:

I write to respectfully request that the Court modify Donald Smith's bail conditions so that he is permitted to live in Martinsville, Virginia with the former pastor of his church and the pastor's wife. As detailed in paragraph 55 of the Presentence Report, Mr. Smith has known the couple for fifteen years and planned to move in with them in their studio apartment as soon as possible. The move is more urgent, now, because Mr. Smith recently suffered a seizure and nobody was aware of his condition until another resident of his supportive housing discovered him in the bathroom. Mr. Smith would benefit from having close friends nearby to help him with the medical attention he may need.

I have conferred with Pretrial Services and they take no position. His supervising officer believes Mr. Smith is compliant with the conditions of supervision. The government defers to Pretrial Services on this application.

If the Court grants the application, I respectfully request that the Court also modify his bail conditions to permit him to travel between the Southern District of New York and the Western District of Virginia as required.

Honorable Paul A. Crotty                                                    June 3, 2020
United States District Judge                                               Page 2 of 2

      As a final note, the parties are conferring about proposing a new date for sentencing and we will update the Court once this application is resolved.


                          Respectfully submitted,


                          /s/     Annalisa Mirón
                          Annalisa Mirón, Esq.
                          Assistant Federal Defender
                          Federal Defenders of New York
                          (646) 745-4899




cc:     AUSA Samuel Rothschild
         Pretrial Services Officer Mohamed Ahmed