# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 21, 2020

By ECF

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Donald Smith, 20 Cr. 26 (PAC)

Honorable Judge Crotty:

*[Handwritten endorsement: 10/22/2020 — The adjournment to 12/14/2020 @ [time] granted. So ordered. Paul Crotty USDJ]*

    I write, without objection from the government, to request another adjournment of Mr. Smith's sentencing, which is currently scheduled for November 23rd. Mr. Smith was recently evaluated by a neuropsychologist who is preparing a report of his findings, but requires additional time to do so. Accordingly, I request an adjournment until December 14, 2020 at 12:15 PM so that I have sufficient time to review the neuropsychologist's report and prepare the sentencing submission on his behalf.

Respectfully submitted,

/s/   Annalisa Mirón
Annalisa Mirón, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 745-4899

cc:   AUSA Samuel Rothschild